UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KING COUNTY, WASHINGTON,<br><br>    Plaintiff,<br><br>    v.<br><br>MERRILL LYNCH & CO., INC., a Delaware corporation; MERRILL LYNCH MONEY MARKETS, INC., a Delaware corporation; MERRILL LYNCH, PIERCE, FENNER AND SMITH, INC., a Delaware corporation; and DOES 1-100,<br><br>    Defendants. | CASE # 2:10-cv-01156-RSM<br><br>ORDER STRIKING DEFENDANTS' MOTION FOR A PROTECTIVE ORDER, STRIKING PLAINTIFF'S MOTIONS TO COMPEL PRODUCTION OF DOCUMENTS, AND SCHEDULING STATUS CONFERENCE |

The Court's recent Order granting in part and denying in part Defendants' motion to dismiss Plaintiff's first amended complaint has narrowed the scope of this litigation and likely rendered moot issues raised in pending motions. The Court therefore ORDERS:

(1) Defendants' motion for a protective order (Dkt. # 84) is STRICKEN.

(2) Plaintiff's motions to compel production of documents (Dkt. # 71, 73) are STRICKEN.

(3) The Court will hold a status conference <u>at 11:00 AM Pacific time on July 27, 2012.</u>

(4) Counsel shall be prepared to discuss at the status conference (1) how the scheduling order currently in effect should be modified and (2) any remaining discovery issues.

(5) The parties are directed to meet and confer on these and any other issues they wish to discuss at the status conference. The parties shall file a joint status report on the result of their discussions no later than <u>July 9, 2012</u>. The joint status report shall include a proposed scheduling order and shall identify any remaining discovery issues that may require the Court's intervention.

(6) Each party may submit one proposed order on unresolved issues to be discussed at the status conference no later than <u>5:00 PM Pacific time on July 20, 2012</u>. The proposed order shall not exceed ten pages. Each party may also submit one letter of explanation on its proposed order no later than <u>5:00 PM Pacific time on July 20, 2012</u>. The letter of explanation shall not exceed ten pages. Finally, each party may file a response to the opposing party's proposed order and letter of explanation no later than <u>July 24, 2012</u>. The response shall not exceed five pages. The Court will not entertain other briefing on the parties' proposed orders.

(7) The Clerk is directed to forward a copy of this Order to all counsel of record.

DATED: June 27, 2012.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE